# DEFENDANT'S EXHIBIT LIST

3:08CV24-V-34JRK

| Trial Ex No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | FEB 28 2011 | | | 7/15/2003 Issuance Resolution of Delta Capital Technologies, Inc. Common Shares signed by Martin Tutschek |
| 3 | FEB 28 2011 | | | 9/3/2003 Issuance Resolution of Delta Capital Technologies, Inc. Common Shares to Kent Carasquero and Bayant Dhindsa |
| 5 | FEB 28 2011 | | | 12/1/2003 Issuance Resolution re MangaPets, Inc. Common Shares to Kent Carasquero and Bayside Management Corp. |
| 8 | | | | 4/30/2004 Employment Agreement between Kent Carasquero and Newmark Ventures, Inc. |
| 9 | FEB 28 2011 | | | 6/4/2004 Spine Pain Management, Inc. - SPIN Form 10QSB (period March 31, 2004) |
| 10 | | | | 8/19/2004 Spine Pain Management, Inc. - SPIN Form 10QSB (period June 30, 2004) |
| 11 | | | | 9/10/2004 Issuance Resolution of Newmark Ventures, Inc. Common Stock to Victoria Chen, Karmjit Berar, Pia Athayde, Nirwal Grewal, Bayside Management Corp. |
| 14 | | | | 9/27/2004 Spine Pain Management, Inc. - SPIN Form 8-K (period September 21, 2004) |
| 15 | | | | 10/1/2004 Consulting Agreement (Fee Agreement) between Newmark Ventures, Inc. and Kent Carasquero |
| 16 | | | | 10/15/2004 Assignment Agreement between Harjinder Singh Berar and Tyee Capital Consultants, Inc. |
| 17 | | | | 11/8/2004 Spine Pain Management, Inc. - SPIN Form Pre 14C (period November 4, 2004) |
| 18 | FEB 28 2011 | | | 11/9/2004 Convertible Loan Agreement between Newmark Ventures, Inc. and Leslie Lounsbury |
| 19 | | | | 11/17/2004 Spine Pain Management, Inc. - SPIN Form 10QSB (period September 30, 2004) |
| 20 | FEB 28 2011 | | | 11/25/2004 Convertible Loan Agreement between Newmark Ventures, Inc. and Leslie Lounsbury |
| 21 | FEB 28 2011 | | | 12/16/2004 Convertible Loan Agreement between Newmark Ventures, Inc. and Leslie Lounsbury |
| 22 | | | | 3/4/2005 Issuance Resolution re Newmark Ventures, Inc. Common Shares to Kent Carasquero |
| 23 | FEB 28 2011 | | | 3/4/2005 Convertible Loan Agreement between Newmark Ventures, Inc. and Leslie Lounsbury |
| 24 | FEB 28 2011 | | | 4/15/2005 Spine Pain Management, Inc. - SPIN Form 10KSB (period December 31, 2004) |

| Trial Ex No | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 25 | | | | 4/27/2005 Spine Pain Management, Inc. - SPIN Form 5 (period December 31, 2004) |
| 26 | | | | 5/20/2005 Spine Pain Management 10-Q 2005-1 (Period Ending 3/31/05) |
| 27 | | | | 5/31/2005 Issuance Resolution re Newmark Ventures, Inc. Common Shares to Kent Carasquero |
| 29 | | | | 8/19/2005 Spine Pain Management 10-Q 2005-2 (Period Ending 6/30/05) |
| 32 | FEB 28 2011 | | | 9/30/2005 Debt Settlement Agreement between Newmark Ventures, Inc. and Leslie Lounsbury |
| 33 | | | | 9/30/2005 Advertising Agreement between Riverside Manitoba and MangaPets, Inc. |
| 35 | FEB 28 2011 | | | 9/30/2005 Issuance Resolution for MangaPets, Inc. Common Shares to Leslie Lounsbury |
| 36 | | | | 10/1/2005 Consulting Agreement (Fee Agreement) between Mangapets, Inc. and Kent Carasquero |
| 41 | | | | 11/16/2005 Spine Pain Management, Inc. - SPIN Form 10QSB (period September 30, 2005) |
| 42 | FEB 28 2011 | | | 12/20/2005 Issuance Resolution re MangaPets, Inc. Common Shares to Kent Carasquero |
| 44 | FEB 28 2011 | | | 4/17/2006 Spine Pain Management, Inc. - SPIN Form 10KSB (period December 31, 2005) |
| 47 | | | | 5/2/2006 Issuance Resolution re MangaPets, Inc. Common Shares to Tyee Capital Consultants, Inc. |
| 48 | | | | 12/4/2007 Affidavit of Roderick Shand |
| 49 | | | | 12/12/2007 Second Affidavit of Roderick Shand |
| 50 | | | | 3/9/2010 SEC Complaint |
| 51 | | | | 3/10/2010 SEC Press Release re Chen |
| 52 | FEB 28 2011 | | | 5/21/2010 Historical Stock Quote for Spine Pain Management, Inc. (SPIN) for date period 1/1/2004 - 5/21/2010 |